FILED
June 26, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>v.<br><br>AHMAD KHAN,<br><br>       Defendant. | Case No. 2:09-cr-138 MCE<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Ahmad Khan Case 2:09-cr-138 MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_   Release on Personal Recognizance

   \_   Bail Posted in the Sum of _____

   X   Secured bond in the amount of $200,000

   \_   Appearance Bond with 10% Deposit

   \_   Appearance Bond secured by Real Property

   \_   Corporate Surety Bail Bond

   X   (Other) Pretrial conditions/supervision;

Issued at Sacramento, CA on 6/26/09 at 3:30 p.m.

By /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge