FILED
June 26, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>        Plaintiff,            )<br>v.                            )<br>                              )<br>AHMAD KHAN,                   )<br>                              )<br>        Defendant.            )<br>_____) | Case No. 2:09-cr-138 MCE<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Ahmad Khan Case 2:09-cr-138 MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    _X_ Secured bond in the amount of $200,000

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other) Pretrial conditions/supervision;

Issued at Sacramento, CA on 6/26/09 at 3:30 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge