**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
AHMAD KHAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-09-138-MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE THE CASE |
| v. ) | TO THURSDAY, MAY 13, 2010 |
| ) | |
| AHMAD KHAN, et al, ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. R. Steven Lapham and defendant, MUMRAIZ KHAN by his attorney, Joseph J. Wiseman, defendant NAHEED KHAN, by her attorney, Michael D. Long, and AHMAD KHAN, by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Thursday, April 8, 2010, at 9:00 a.m.** before the Honorable United States District Court Judge, Morrison C. England, Jr., may be continued to **Thursday, May 13, 2009, at 9:00 a.m.**

The Court's courtroom deputy, Ms. Keshia Jones, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Thursday, May 13, 2010.

The defendants are out of custody. There is no trial date set.

1

The parties agree and stipulate that all of time exclusions from the Speedy Trial Act are correct, necessary and specifically agreed that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. In addition, the parties agree and stipulate that the ends of justice would be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial. Therefore the parties agree and stipulate that time under the Speedy Trial Act shall continue be excluded **up to and including Thursday, May 13 , 2010, under** the Speedy Trial Act under Local Code T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv)

## PROCEDURAL STATUS OF THE CASE

Defense counsel for AHMAD KHAN, Mr. James R. Greiner, having been appointed on December 15, 2009 (See Docket # 74 and 75) is still reviewing and meeting with his client regarding the discovery produced by the government. In addition, the parties are engaging in discussions toward resolving this case by plea which, if this occurs, will save the Court and the United States Attorney Office valuable resources which can be used in other ways. Thus, the time requested is reasonable and with all parties engaging in good faith negotiations, will hopefully bear a result all parties can endorse.

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ R. STEVEN LAPHAM   by telephone authorization

DATED: 4-6-10

_____
R. STEVEN LAPHAM
ASSISTANT UNITED STATES ATTORNEY

| | |
|---|---|
| | ATTORNEY FOR THE PLAINTIFF |
| DATED: 4-6-10 | /s/ JOSEPH J. WISEMAN by telephone authorization |
| | JOSEPH J. WISEMAN<br>Attorney for defendant MUMRAIZ KHAN |
| DATED: 4-6-10 | /s/ MICHAEL D. LONG by e mail authorization |
| | MICHAEL D. LONG<br>Attorney for Defendant NAHEED KHAN |
| DATED: 4-6-10 | /s/ James R. Greiner |
| | James R. Greiner<br>Attorney for Defendant AHMAD KHAN |

## ORDER

This matter having come before the Court pursuant to the Stipulation of the parties, and good cause appearing, therefor,

IT IS ORDERED THAT: the hearing now set for Thursday, April 8, 2010, at 9:00 a.m., is vacated and the matter is set for a status conference on Thursday, May 13, 2010, at 9:00 a.m..

Further, the Court, finds that time will be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(7)(B)(iv), of the speedy trial act. The time under the Speedy Trial Act is excluded from Thursday, April 8, 2010 to Thursday, May 13, 2010. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

///

///

3

1  ///

2  The Court finds that the ends of justice to be served by granting the requested
3  continuance outweigh the best interests of the public and the defendants in a speedy
4  trial.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: April 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4