**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Ahmad Khan

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. Cr.S-09-138 MCE |
| Plaintiff, | ) REQUEST FOR EXONERATION OF BOND |
| vs. | ) AND PROPOSED ORDER EXONERATING |
| | ) BOND AND FOR RECONVEYANCE OF |
| | ) SECURITY |
| AHMAD KHAN | ) |
| Defendant | ) |

The above captioned matter came before this Court on May 26, 2011 for judgment and sentencing. The above named defendant was then sentenced.

Sentencing having been imposed, it is respectfully requested that bail posted in this action be exonerated and that the Deeds of Trust posted as security, reflected at Docket entries 51, 52, and 65, be reconveyed.


DATED October 4, 2011          /S/ MICHAEL BRADY BIGELOW, Esq.
                               Michael B. Bigelow
                               Counsel for Ahmad Khan

**ORDER**

**IT IS HEREBY ORDERED** that, sentencing in the above captioned matter having been imposed, bail is hereby exonerated and the Deeds of Trust posted as security for Ahmad Khan, reflected at Docket Entries 51, 52,and 65, shall be reconveyed.

October 13, 2011

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE