UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | **RE: Ahmad Khan**<br>**Docket Number: 2:09CR00138-01**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Ahmad Khan is requesting permission to travel to Pakistan. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 12, 2013, Ahmad Khan was sentenced for the offenses of 7 USC 2024(b) - Unauthorized Use of Food Stamps, and 18 USC 1957 – Monetary Transaction in Criminally Derived Property.

**Sentence Imposed:** 63 months custody Bureau of Prisons; 36 months Supervised Release; $200 special assessment

**Dates and Mode of Travel:** The offender will travel by Etihad Airways, leaving San Francisco on March 27, 2017, and returning on May 25, 2017. His family is paying for the trip.

**Purpose:** The offender wishes to visit his mother in Pakistan, as she is old and in poor health.

**RE:**     **Ahmad Khan**
         **Docket Number: 2:09CR00138-02-**
         **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/s/ Wendy Reyes*

Wendy Reyes
United States Probation Officer

Dated:   March 14, 2017
         Elk Grove, California
         WER/sda

*/s/ Brenda Barron-Harrell*
**REVIEWED BY:**    **Brenda Barron-Harrell**
                    **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒     Approved          ☐     Disapproved

**3/17/2017**                      **/s/ John A. Mendez**
**Date**                           **John A. Mendez**
                                   **United States District Court Judge**